**Petition for Writ of Mandamus and Petition for Writ of Prohibition Dismissed and Memorandum Opinion filed July 20, 2017.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00548-CV
### NO. 14-17-00551-CV

---

### IN RE ALI CHOUDHRI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**WRIT OF PROHIBITION**
**190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-27197**

---

## MEMORANDUM OPINION

On July 18, 2017, relator Ali Choudhri filed a petition for writ of mandamus and a petition for prohibition in this court. *See* Tex. Gov't Code Ann. § 22.221 (West

2004); *see also* Tex. R. App. P. 52. In the petitions, relator complains of a July 7, 2017 order signed by the special master in the 190th District Court of Harris County.

Subsequent to the filing of the petition for writ of mandamus and petition for writ of prohibition in this court, the Honorable Patricia Kerrigan, presiding judge of the 190th District Court, vacated the July 7, 2017 order. The requested relief in the petitions is now moot.

Accordingly, relator's petition for writ of mandamus and petition for writ of prohibition are ordered dismissed. Relator's motion for temporary relief is also moot.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Busby and Wise.